UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| THE UNIVERSITY OF TEXAS SYSTEM and THE UNIVERSITY OF HOUSTON SYSTEM, | § § § § | |
| Plaintiffs, | § § | Civil Action No. 4:17-cv-02588 |
| v. | § § § | JURY |
| ALLIANTGROUP, LP and WHRA MERGER SUB II, INC. n/k/a WHR ARCHITECTS, INC., | § § § | |
| Defendants. | | |

## JOINT STIPULATION

Plaintiffs The University of Texas System and The University of Houston System ("UT/UH") and Defendant WHRA Merger Sub II, Inc. n/k/a WHR Architects, Inc. ("WHR") hereby stipulate as follows:

1. WHR's marginal tax rate applicable to WHR's Section 179D deductions at issue in this lawsuit received from UT/UH is stipulated to be 35%.

2. WHR did not claim the Section 179D deduction with respect to the University of Houston Center Transformation GMP Phase II project, and the University of Houston will no longer assert a claim against WHR or any other party with respect to that allocation.

3. WHR will not oppose a revision to Ms. Hartman's expert report to the extent the revision reflects the stipulations set forth in paragraphs 1 and 2 above.

August 24, 2018                                                                 Respectfully submitted,

| | |
|---|---|
| */s/ Michael E. McCue* | */s/ John. R. Hawkins* |
| Michael E. McCue | Heather K. Hatfield |
| State Bar No. 13494150 | State Bar No. 24050730 |
| Alex J. Pilawski | John R. Hawkins |
| State Bar No. 24074899 | State Bar No. 09249150 |
| Matthew L. Roberts | Katelin E. Cox |
| State Bar No. 24098330 | State Bar No. 24105752 |
| Meadows, Collier, Reed, Cousins, Crouch & Ungerman, LLP | PORTER HEDGES LLP |
| 901 Main St., Suite 3700 | 1000 Main Street, 36th Floor |
| Dallas, TX 75202 | Houston, Texas 77002 |
| Telephone: 214-744-3700 | (713) 226-6710 |
| Facsimile: 214-747-3732 | (713) 226-6310 – Facsimile |
| mmccue@meadowscollier.com | hhatfield@porterhedges.com |
| apilawski@meadowscollier.com | jhawkins@porterhedges.com |
| mroberts@meadowscollier.com | kcox@porterhedges.com |
| COUNSEL FOR THE UNIVERSITY OF TEXAS SYSTEM AND THE UNIVERSITY OF HOUSTON SYSTEM | COUNSEL FOR DEFENDANT WHR MERGER SUB II, INC. AGENT OF WHR ARCHITECTS, INC. |