UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| THE UNIVERSITY OF TEXAS SYSTEM and THE UNIVERSITY OF HOUSTON SYSTEM, | § § § § | |
| Plaintiffs, | § § | Civil Action No. 4:17-cv-02588 |
| v. | § § | JURY |
| ALLIANTGROUP, LP and WHRA MERGER SUB II, INC. n/k/a WHR ARCHITECTS, INC., | § § § § | |
| Defendants. | | |

## JOINT STATUS REPORT

COME NOW The University of Texas System and The University of Houston System ("Plaintiffs"), Alliantgroup, LP ("Alliantgroup") and WHRA Merger Sub II, Inc. n/k/a WHR Architects, Inc. ("WHR") ("collectively Defendants"), and non-parties William Volker and Efficiency Energy LLC ("Volker/EE"), and show to the Court as follows:

1. Pursuant to the Court's Order dated August 15, 2018, the parties and Volker/EE make this Joint Status Report with respect to the motions identified in the Court's Order (Docket Nos. 55, 62, 83 and 85).

2. On August 21, 2018, attorneys for the parties and Volker/EE conducted a telephonic conference in an attempt to reach an agreement on the issues raised in

the motions. Previously, on August 14, 2018, counsel for the Plaintiffs and WHR met in person in an attempt to resolve the issues raised in Docket Nos. 83 and 85.

### Docket #55 – Alliantgroup Motion to Compel and Motion for Leave for Additional Deposition

3. In its Motion, Alliantgroup seeks to compel (a) answers to seven deposition questions, (b) a second deposition of Volker, as Plaintiffs' designated expert witness, and (c) the production of four categories of documents: (i) an allocation form mentioned in Volker's deposition, (ii) EE's business plan and iterations thereto, (iii) all EE's presentations to third parties regarding Section 179D, and (iv) all EE's lists of Section 179D certifiers provided to third-parties.

4. On May 31, 2018, Efficiency Energy produced the allocation forms identified by Mr. Volker in his deposition. As a result, Alliantgroup and Volker/EE agree that that issue is now moot. Despite good faith efforts, Alliantgroup and Volker/EE were unable to reach agreement as to any of the other issues in this Motion.

### Docket #62 – Alliantgroup Motion to Compel Answers to Interrogatories

5. In its Motion, Alliantgroup seeks to compel Plaintiffs to respond to six (6) Interrogatories. Alliantgroup and Plaintiffs have reached agreement as to Interrogatory No. 1 and have agreed that Interrogatories No. 5 and No. 6 are now moot as a result of the filing of Plaintiffs' Second Amended Petition. Despite good

faith efforts, Alliantgroup and Plaintiffs were unable to reach agreement as to Interrogatories 2-4.

### DOCKET #83 – WHR's Motion for Protective Order and DOCKET #85 – Plaintiff's Cross-Motion to Compel Discovery Responses and to Compel Deposition Testimony

6.  WHR and Plaintiffs have resolved all issues with respect to these two Motions.

August 24, 2018                                                                                          Respectfully submitted,

| *Michael McCue (w/permission)* | *Jason Varnado* | *John Hawkins (w/permission)* |
|---|---|---|
| Michael E. McCue | Jason S. Varnardo | John R. Hawkins |
| State Bar No. 13494150 | Attorney-in-Charge | Heather K. Hatfield |
| Alex J. Pilawski | State Bar No.: 24034722 | Katelin E. Cox |
| State Bar No. 24074899 | William R. Taylor | PORTER HEDGES LLP |
| Matthew L. Roberts | State Bar No: 24070727 | 1000 Main Street, 36th Floor |
| State Bar No. 24098330 | JONES DAY, 717 Texas, Suite 3300 | Houston, Texas 77002 |
| Meadows, Collier, Reed, Cousins, Crouch & Ungerman, LLP | Houston, TX 77002 | (713) 226-6710 |
| 901 Main St., Suite 3700 | (T) (832) 239-3694 | (713) 226-6310 – Facsimile |
| Dallas, TX 75202 | (F) (832) 239-3600 | hhatfield@porterhedges.com |
| Telephone: 214-744-3700 | jvarnado@jonesday.com | jhawkins@porterhedges.com |
| Facsimile: 214-747-3732 | wrtaylor@jonesday.com | kcox@porterhedges.com |
| mmccue@meadowscollier.com | | |
| apilawski@meadowscollier.com | Kathryn Keneally | COUNSEL FOR DEFENDANT WHR MERGER SUB II, INC. N/K/A WHR ARCHITECTS, INC. |
| mroberts@meadowscollier.com | Michael Scarduzio | |
| | *Pro Hac Vice* | |
| COUNSEL FOR THE UNIVERSITY OF TEXAS SYSTEM AND THE UNIVERSITY OF HOUSTON SYSTEM | JONES DAY 250 Vesey Street New York, NY 10281 COUNSEL FOR ALLIANTGROUP LP | |