United States District Court
Southern District of Texas
**ENTERED**
September 05, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| THE UNIVERSITY OF TEXAS SYSTEM *and* THE UNIVERSITY OF HOUSTON SYSTEM, | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. H-17-2588 |
| ALLIANTGROUP, LP, *and* WHRA MERGER SUB II, INC. n/k/a WHRA ARCHITECTS, INC., | § § § § § | |
| Defendants. | § § | |

## FINAL JUDGMENT

Because the Court has granted dismissal in favor of Defendants WHRA Merger Sub II Inc. n/k/a WHR Architects Inc. and Alliantgroup LP on all claims asserted in this lawsuit by Plaintiffs the University of Texas System and the University of Houston System, the Court hereby

**ORDERS** that the Preemption Claim and the RICO Claim are **DISMISSED WITH PREJUDICE** and all remaining claims are **DISMISSED WITHOUT PREJUDICE**.

**THIS IS A FINAL JUDGMENT.**

SIGNED at Houston, Texas, on this **5** day of September, 2019.

*David Hittner*
DAVID HITTNER
United States District Judge